**Chester J. WORDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33810.**

Missouri Court of Appeals,
Western District.

May 31, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 2, 1983.

Application to Transfer Denied
Oct. 18, 1983.

Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and DIXON and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal under Rule 27.26 for post-conviction relief.

Judgment affirmed. Rule 84.16(b).